In the Matter of the Claim of HENRY ZWILLING, Respondent, against J. SLOTNIK Co. and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of WILLIAM WEINTRAUB, Respondent, against KALMAN LEWIS and BANKERS INDEMNITY INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal by employer and insurance carrier from an award in favor of claimant. Appellants contend that the Board erred in determining the extent of claimant's disability, and also erred as to the wage rate. The employer was engaged in the poultry business and claimant was injured in the course of his employment. Appellants paid compensation to October 29, 1935, and during the course of the proceedings offered claimant $1,750 in settlement of his claim which the State Industrial Board disapproved. The evidence sustains the finding of the Board as to partial disability of claimant and also the wage rate as fixed. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CHRISTINE LAMBERT, Respondent, against ARTHUR CHEGNAY, INC., and BANKERS INDEMNITY INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant testified that while she was cleaning a garment for her employer, a dry cleaner, " something got in my eye, working on the garment. * * * I stopped working and I put my finger on the eye and I tried to push it from one side to the other. * * * And after that my eye got very sore. The following morning I went to work and reported it to the manager." She was told to see Dr. Knapp, who expressed his opinion " very definitely " that the injury above recited had causal relation to the corneal ulcer and enucleation of the eye for which this award was made. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.